In the Matter of the Application for the Issuance of Subpœnas to R. D. JENNISON and Others, etc., for Examination of Them and Each of Them and for the Production of Certain Books and Papers Pursuant to a Commission to Take Testimony of Witnesses Issued Out of the Court of Chancery in the State of Delaware, in and for New Castle County, in a Certain Action Therein Pending by ELSIE H. LEVINE and ABRAHAM HYMANSON, Complainants, against GENERAL GAS AND ELECTRIC CORPORATION, a Corporation of the State of Delaware. RALPH D. JENNISON and Another, Appellants; ELSIE H. LEVINE and Another, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Matter of Dittman* (65 App. Div. 343). Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY, Respondent, v. CEDAR RIVERS CORPORATION, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CELIA KURNIK, Individually, and as Administratrix, etc., of DR. JACOB KURNIK, Deceased, Appellant, v. BENJAMIN R. HARRIMAN and Another, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

J. S. JUDGE & Co., INC., Respondent, v. R. PENN SMITH, JR., and Others, Defendants, Impleaded with THE AMERICAN SAVINGS BANK, Appellant.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GERALD BYRNE, an Infant, by MARGARET BYRNE, His Guardian ad Litem, Respondent, v. VICTORIA MATIGIAN and Another, Appellants.— Order modified by eliminating provision for bond and providing that the judgment stand as security; and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GENE McCANN, Appellant, v. RICHARD WHITNEY, as President of the New York Stock Exchange, an Unincorporated Association Consisting of More Than Seven Members, and Another, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDJOMAC AMUSEMENT CORPORATION, Respondent, v. EMPIRE STATE MOTION PICTURE OPERATORS' UNION, INC., Defendant, Impleaded with EMPIRE STATE THEATRICAL STAGE EMPLOYEES' UNION, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Untermyer, J., dissents.

RACHAEL HUNTER, Appellant, v. STERLING NATIONAL BANK AND TRUST COMPANY, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied *in toto*. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AMERICAN SILK SPINNING COMPANY, Appellant, v. MALINA COMPANY, INC., and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.